(June 9, 1986)

■ In the Matter of JOANN HARRIS, Petitioner, v HAROLD J. HUGHES, as a Justice of the New York Supreme Court, Respondent.—Application, pursuant to CPLR article 78, for judgment prohibiting respondent from presiding in this matter now pending in Supreme Court, Albany County. Application denied, without costs, and petition dismissed. Under the circumstances presented herein, relief in the nature of prohibition is not available (see, *Matter of Fitzgerald v Wells,* 9 AD2d 812, *lv denied* 7 NY2d 711). Mahoney, P. J., Kane, Weiss and Levine, JJ., concur.